# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>BENITO ESCOBEDO<br>EVELYN ESCOBEDO<br>Debtor(s) | Case No. 12-32857 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/20/2012.

2) The plan was confirmed on 11/15/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/16/2014, 10/31/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 02/17/2015.

6) Number of months from filing to last payment: 30.

7) Number of months case was pending: 35.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $7,768.00.

10) Amount of unsecured claims discharged without payment: $42,028.35.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,877.00 |
| Less amount refunded to debtor | $259.43 |

**NET RECEIPTS:** $14,617.57

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $667.77 |
| Other | $213.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,380.77

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED ORTHOPAEDIC | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,997.11 | NA | NA | 0.00 | 0.00 |
| ATT MOBILITY | Unsecured | 932.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 500.00 | 1,356.58 | 1,356.58 | 246.13 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | 122.00 | 122.00 | 22.14 | 0.00 |
| CLINICAL PATHOLOGY ASSOC | Unsecured | 7.20 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES | Unsecured | 213.87 | NA | NA | 0.00 | 0.00 |
| COL/DEBT COLLECTION SYSTEMS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 236.52 | 264.11 | 264.11 | 47.92 | 0.00 |
| CREDIT ONE BANK | Unsecured | 563.00 | NA | NA | 0.00 | 0.00 |
| DHANA LAKSHMI GANESAN MD SC | Unsecured | 56.40 | NA | NA | 0.00 | 0.00 |
| DIAGNOSTIC IMAGING ASSOC | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| DIAGNOSTIC PATHOLOGY CONSULT | Unsecured | 30.40 | NA | NA | 0.00 | 0.00 |
| ELMHURST CLINIC | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| FIRST SOURCE | Unsecured | 118.88 | NA | NA | 0.00 | 0.00 |
| GLOBAL CON | Unsecured | 2,503.00 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB MEMORIAL HOSPITAL | Unsecured | 261.71 | 1,878.39 | 1,878.39 | 340.81 | 0.00 |
| GOTTLIEB MEMORIAL HOSPITAL | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| GRAND DENTAL LLC | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| GRANT & WEBER | Unsecured | 97.30 | NA | NA | 0.00 | 0.00 |
| GRANT & WEBER | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 28.42 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 286.70 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| HY CITE ROYAL PRESTIGE | Unsecured | 1,904.00 | NA | NA | 0.00 | 0.00 |
| HY CITE ROYAL PRESTIGE | Unsecured | 1,904.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 155.61 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 6.88 | 6.88 | 6.88 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 7,000.00 | 9,481.57 | 9,481.57 | 1,720.29 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| IRA CORPORATION | Unsecured | 40.34 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 808.31 | 808.31 | 808.31 | 146.66 | 0.00 |
| LIBERTY TAX SVC | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| LOTUS EYECARE | Unsecured | 80.40 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| MACNEAL PHYSICIANS GROUP | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| MALCOM S GERALD & ASSOC | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| MANUEL A FRANCO | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| MCS COLLECTIONS | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| MEDCO FINANCIAL ASSOC | Unsecured | 1,202.11 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 71.40 | NA | NA | 0.00 | 0.00 |
| MELROSE PARK MEMBER SERVICES | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS INTERSTATE | Unsecured | 420.35 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 529.87 | 529.87 | 96.14 | 0.00 |
| MIDWEST CLINICAL IMAGING | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST CLINICAL IMAGING | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST CLINICAL IMAGING | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MIMIT | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED MEDICAL GROUPS | Unsecured | 31.84 | NA | NA | 0.00 | 0.00 |
| MORTHWEST PREM SVC INC | Unsecured | 34.53 | NA | NA | 0.00 | 0.00 |
| NATIONAL ACTION FINANCIAL | Unsecured | 284.64 | NA | NA | 0.00 | 0.00 |
| NO IL EMERG & OCCUP MED SPEC | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 286.70 | NA | NA | 0.00 | 0.00 |
| NORWOOD PARK FIRE DEPT | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| NUNILO RUBIO | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDICS MIDWEST SC | Unsecured | 59.20 | NA | NA | 0.00 | 0.00 |
| PATODIA NIRMAL | Unsecured | 112.50 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,211.00 | 1,068.90 | 1,068.90 | 193.94 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,893.63 | NA | NA | 0.00 | 0.00 |
| PLAZA ASSOCIATE | Unsecured | 214.51 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 504.00 | 481.40 | 481.40 | 87.34 | 0.00 |
| PREMIER BANK CARD | Unsecured | 624.00 | 624.24 | 624.24 | 113.26 | 0.00 |
| PREMIER BANK CARD | Unsecured | 467.00 | 467.39 | 467.39 | 84.80 | 0.00 |
| PROGRESSIVE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS | Unsecured | 2.80 | NA | NA | 0.00 | 0.00 |
| RES IMMEDIATE CARE DES PLAINES | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION MEDICAL CENTER | Unsecured | 972.00 | 972.94 | 972.94 | 176.53 | 0.00 |
| SINHA S CHUNDURI MD SC | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 6,651.00 | 0.00 | 3,784.87 | 686.71 | 0.00 |
| Springleaf Financial Services | Secured | 3,125.00 | 9,720.87 | 5,936.00 | 5,936.00 | 225.08 |
| ST MARY OF NAZARETH HOSPITAL | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION INC | Unsecured | 10.20 | NA | NA | 0.00 | 0.00 |
| SUBURBAN CREDIT CORP | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 56.40 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 731.00 | 585.18 | 585.18 | 106.17 | 0.00 |
| US CELLULAR | Unsecured | 761.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE IMAGING PROFESSIONALS | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VINCENT DOMINGO | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,936.00 | $5,936.00 | $225.08 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,936.00** | **$5,936.00** | **$225.08** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6.88 | $6.88 | $0.00 |
| **TOTAL PRIORITY:** | **$6.88** | **$6.88** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$22,425.75** | **$4,068.84** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,380.77 |
| Disbursements to Creditors | $10,236.80 |
| **TOTAL DISBURSEMENTS :** | **$14,617.57** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/29/2015                                By: /s/ Tom Vaughn
                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**